# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

2010 APR 29 AM 10: 35

MISC. NO. 938 – IN RE ZIMMER HOLDINGS

Date of docketing: 04/23/2010

A petition for writ of mandamus has been filed

Name of petitioner(s): Zimmer Holdings, Inc., Zimmer US, Inc. and Zimmer, Inc.

Name of respondent(s), if known: MedIdea, LLC

Related action: Eastern District of Texas 09-CV-0258

**Critical dates include:**
- Entry of appearance. See Fed. Cir. R. 47.3
- Certificate of interest. See Fed. Cir. R. 47.4

**Attachments:**
- Official caption to all.
- Entry of appearance form to all
- Certificate of interest form to parties represented by counsel

Jan Horbaly
Clerk

cc: Eastern District of Texas
    Bryan S. Hales
    Andrew T. Gorham

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 938

IN RE ZIMMER HOLDINGS, INC.,
ZIMMER, INC., and ZIMMER US, INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0258, Judge T. John Ward.

Authorized Abbreviated Caption[2]

IN RE ZIMMER HOLDINGS, MISC. NO. 938

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.