IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MEDIDEA, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2-09-cv-258-TJW |
| | § | |
| ZIMMER HOLDINGS, INC., ZIMMER, | § | |
| INC., and ZIMMER US, INC., | § | |
| Defendants. | § | |
| | § | |

## ORDER

Pending before the Court is Plaintiff's Media, LLC's Motion for Reconsideration. [Dkt. No. 59] Plaintiff notified the Court that it has filed a petition for rehearing en banc. The Court GRANTS the motion for reconsideration for that limited purpose and vacates its Order of Transfer. [Dkt. No. 58] The parties are to notify the Court within ten days of any decision by the Court of Appeals.

It is so ORDERED.

SIGNED this 12th day of July, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE