IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MEDIDEA, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2-09-cv-258-TJW |
| | § | |
| ZIMMER HOLDINGS, INC., ZIMMER, | § | |
| INC., and ZIMMER US, INC., | § | |
| Defendants. | § | |
| | § | |

**ORDER**

On June 24, 2010, the United States Court of Appeals for the Federal Circuit ordered the Court to transfer this case to the Northern District of Indiana. The Court entered an Order transferring this case on July 6, 2010 (Dkt. No. 58). The Court later vacated this Order when Plaintiff notified the Court that it filed a petition for rehearing *en banc* (Dkt. No. 60). Additionally, Plaintiff subsequently filed a Motion for Stay of the Mandate pending the filing of a petition for a writ of certiorari in the United States Supreme Court.

In light of the decisions of the United States Court of Appeals for the Federal Circuit to deny Plaintiff's petition for rehearing *en banc*, dated August 20, 2010, and Plaintiff's Motion for Stay of the Mandate, dated August 27, 2010, the Court hereby transfers this case to the Northern District of Indiana.

It is so ORDERED.

SIGNED this 19th day of October, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE